# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| ROSA TEJADA-PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; et al.,<br><br>    Respondents. | Case No. 3:26-cv-00612 |

## ORDER

Rosa Tejada Perez's has filed a Petition and Motion for Order to Show Cause. (Doc. No. 1 and 8). Pursuant to 28 U.S.C. § 2243, Respondents shall respond to the Petition within five days of this Order. In that response the Respondents shall show cause, if any, why the writ of habeas corpus should not be granted. The Petitioner may file a reply within three days of Respondents' response.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1